# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

November 16, 2020

Application GRANTED.
SO ORDERED.
11/16/2020

_____
P. Kevin Castel
United States District Judge

**BY ECF**
The Honorable P. Kevin Castel  (PKC)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Matthew Rivera*, 20 Cr. 292 (PKC)

Dear Judge Castel:

    This letter is to request permission to have my co-counsel Michael Bachrach appear on my behalf for my client Mr. Rivera for the status conference scheduled on November 19th this week. I was recently assigned a new federal death penalty matter (The United States v. Ishmael Petty) in the district of Colorado and I have to be in Florence ADX this week to visit with Mr. Petty.

    Thank you for the Court's time and consideration.

Respectfully,

*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery