UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                     20-cr-292 (PKC)

    -against-

                                                                     <u>ORDER</u>

MATTHEW RIVERA,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

       There will be a change-of-plea hearing in this case on January 25, 2021 at 2 p.m. The public may access an audio feed of the proceeding at the following number:

       <u>Dial-in</u>:       (888) 363-4749

       <u>Access Code</u>:  3667981

Members of the public must mute their phones and are not permitted to speak during the proceeding.

       SO ORDERED.

                                                    P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
           January 21, 2021