# LAW OFFICE OF KENNETH J. MONTGOMERY
## P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

APRIL 22, 2021

**BY ECF**
The Honorable P. Kevin Castel  (PKC)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Sentencing is adjourned from May 26, 2021
to June 29, 2021 at 12:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated:  4/23/2021

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:  *United States v. Matthew Rivera*, 20 Cr. 292 (PKC)

Dear Judge Castel:

As the Court is aware, my client Mr. Rivera is scheduled to be sentenced by Your Honor on May 26th at 12:00 p.m. I will be traveling in early May regarding two federal death matters; one in Philadelphia (United States V. Hassan Elliott) and the other matter in the District of Colorado (United States v. Ishmael Petty). I am also starting trial on May 24th before Judge Dearie in E.D.N.Y.

At this time I am requesting that the Court adjourn Mr. Rivera's sentencing to the end of June or beginning of July. I have spoken to the Government and they have no objections to my request. Thank you for the Court's time and consideration in this matter.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery