```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   20 Cr. 292-2 (PKC)
     -against-                       :   ORDER
                                     :
Matthew Rivera                       :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

P. KEVIN CASTEL, United States District Judge:

Based on the bail review hearing held on February 15, 2022, it is hereby ORDERED the defendant's bail be continued with the following modifications:

1. Defendant shall reside with his mother where no minors are present; and

2. Defendant is prohibited from contact with the 8-year-old and 6-year-old identified during the hearing.

   Dated: New York, New York
          February 15, 2022

                                        SO ORDERED:

                                        _____
                                        P. KEVIN CASTEL
                                        United States District Judge