# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

FEBRUARY 17, 2022

Terminate.
SO ORDERED.
Dated: 7/18/2022

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

**BY ECF**
The Honorable P. Kevin Castel (PKC)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Matthew Rivera*, 20 Cr. 292 (PKC)

Dear Judge Castel:

     This letter is to update the Court as to the very serious allegations contained in the pretrial services report filed with the Court this week. After the hearing before your honor regarding the revocation of bail the NYPD and Pretrial services communicated and my client Mr. Rivera was arrested. However, after the Bronx District Attorney's Office investigated the arrest the Bronx District Attorney's office declined to prosecute and Mr. Rivera was released without even as much as a complaint being drafted. On behalf of Mr. Rivera I would like to thank the Court for exercising discretion in not remanding Mr. Rivera. Also, to clarify the record made by the Government and Pretrial, It was the sister in law of my client and her daughter who cooperated fully in the investigation and it was the mother of the complainant who did not cooperate with the investigation and who also had a prior history of falsely reporting crimes.

     Thank you for the Court's time and consideration in this matter.

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery